Revised 03/06 WDNY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

*FILED JUN 12 2017 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

**FORM TO BE USED IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION    17-CV-525G

A.  **Full Name And Prisoner Number of Plaintiff:** NOTE: *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. ALI MOSHIR / (MOSHIR, ALI)
2. _____

-VS-

B.  **Full Name(s) of Defendant(s)** NOTE: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. MR. LT./CAPTAIN CONLEY
2. UNITED STATES MARSHAL (USMS)
3. WARDEN LAROSE
4. STATE OF OHIO
5. COUNTY OF MAHONING (IN OHIO STATE)
6. FEDERAL/U.S. GOVERNMENT
7. CORRECTIONS CORPORATION OF AMERICA / CORECIVIC
8. NORTHEAST OHIO CORRECTIONAL CENTER (NEOCC)
9. CHIEF YEMMA
10. ANY AND ALL PARTY(S) THAT MAY/WOULD BE ADDED AS DIRECTLY OR INDIRECTLY INVOLVE, CONTRIBUTING INTO, ETC.

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: ALI MOSHIR  26897055

Present Place of Confinement & Address: NEOCC, 2240 HUBBARD ROAD, YOUNGSTOWN, OHIO, 44505

Name and Prisoner Number of Plaintiff: _____

Present Place of Confinement & Address: _____

<u>DEFENDANT'S INFORMATION</u> NOTE: *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant(s): 1. MR.LT./CAPTAIN CONLEY 2. USMS 3. WARDEN LAROSE 4. STATE OF OHIO

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: I AM NOT AT LEAST AT THIS TIME AWARE OF THE ADDRESS TO, No 2. /USMS. AS FAR AS I AM AWARE THE ADDRESSES OF, No 1. MR.LT./CAPTAIN CONLEY + No 3. WARDEN LAROSE AND No 4.'S (AND No 4.'S ADDRESS OF THE STATE OF OHIO I AM NOT AWARE OF EITHER.) ARE: NEOCC, 2240 HUBBARD ROAD YOUNGSTOWN, OHIO, 44505

Name of Defendant(s): No 5. COUNTY OF MAHONING (IN OHIO STATE) 6. U.S./FEDERAL GOVERNMENT

(If applicable) Official Position of Defendant: _____

(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: I'M NOT AWARE OF THE ADDRESS TO No 5. [COUNTY OF MAHONING (IN OHIO STATE)] AS FOR THE ADDRESS OF 6. (U.S./FEDERAL GOVERNMENT) WHATEVER COURT DEEMS APPROPRIATE.

Name of Defendant(s): 7. CCA/CORE CIVIC  8. NEOCC  9. CHIEF YEMMA  10. ANY AND ALL PARTY(S) THAT

(If applicable) Official Position of Defendant: MAY/WOULD, BE ADDED AS DIRECTLY OR INDIRECTLY INVOLVED, CONTRIBUTING INTO, ETC.

(If applicable) Defendant is Sued in __✓__ Individual and/or __✓__ Official Capacity

Address of Defendant: AS FOR THE ADDRESSES OF 7. (CCA/CORE CIVIC), 8. (NEOCC), 9. (CHIEF YEMMA) AS FAR AS I AM AWARE → 2240 HUBBARD ROAD, YOUNGSTOWN, OHIO, 44505
AND AS FOR THE ADDRESS OF No 10. [ANY AND ALL PARTY(S) ------ ], ANY ADDRESS THAT TURNS OUT/HAPPENS TO BE, AS APPLICABLE.

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?**
   Yes ____  (No) X ✓

<u>If Yes, complete the next section.</u> NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

   Defendant(s): _____

2. Court (if federal court, name the district; if state court, name the county): _____

3. Docket or Index Number: _____

4. Name of Judge to whom case was assigned: _____

2

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

    Disposition (check the statements which apply):

    ____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

        ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

        ____ By court for failure to exhaust administrative remedies;

        ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

        ____ By court due to your voluntary withdrawal of claim;

    ____ <u>Judgment</u> upon motion or after trial entered for

        ____ plaintiff

        ____ defendant.

B. Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment**?

    (Yes)✓  No____

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit: ※ PLEASE → CHECK WITH NYWD U.S. COURT(S) AND NORTHERN OHIO DISTRICT U.S. COURT(S)

    Plaintiff(s):_____

    Defendant(s):_____

2. District Court:_____

3. Docket Number:_____

4. Name of District or Magistrate Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

    Is it still pending? Yes____ No____

        If not, give the approximate date it was resolved._____

3

Disposition (check the statements which apply):

____ <u>Dismissed</u> (check the box which indicates why it was dismissed):

    ____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

    ____ . By court for failure to exhaust administrative remedies;

    ____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

    ____ By court due to your voluntary withdrawal of claim;

____ <u>Judgment</u> upon motion or after trial entered for

    ____ plaintiff

    ____ defendant.

✦ RESPECTFULLY, REQUESTING THE COURT, TO APPOINT / APPOINTED, LAWYER DUE TO THE LACK OF ABILITY TO SELF REPRESENT ✦

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include **all** possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." <u>Simmons v. Abruzzo</u>, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

## Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must <u>provide</u> <u>information</u> about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must <u>attach</u> <u>copies</u> of any decisions or other documents which indicate that you have exhausted your remedies for <u>each</u> claim you assert in this action.

4

A. **FIRST CLAIM:** On (date of the incident) MAY.04.2017,
defendant (give the **name and position held** of **each defendant** involved in this incident) MR. LT./CAPTAIN CONLEY

did the following to me (briefly state what each defendant named above did): MAKE/PREPARE, A FALSE SET OF STATEMENTS SHAMELESSLY, FRAUDULENTLY, LYINGLY, ORCHESTRATINGLY, MISLEADINGLY, IRRESPONSIBLY, BIASLY, PARTIALLY, MISREPRESENTINGLY, IMMORALLY, AS SUCH AND ETC, AND SO ON! AS THE/AS INTO THE, CCA INMATE/RESIDENT DISCIPLINARY REPORT (FORM 15-2A), AND TO AS HAS LEGITIMIZE(D) THE FALSE ARREST, AS HAS EVENTUALLY BASED ON HIS CROOKED, SWINDLING, ETC SAID REPORT, THROUGH/OF/FROM, FORM 15-2A ARRESTED THE INMATE MOSHIR, ALI AND SUBSEQUENTLY PLACED IN SEGREGATION UNIT(S) UNDER THE POLICY, RULE, ETC OF PRE-HEARING DETENTION AS APPLICABLE AND UNDER SUCH COLOR(R)(S) AND AS HE'S BEEN AWARE THAT IT COULD BE DAYS BEFORE THE INMATE

The constitutional basis for this claim under 42 U.S.C. § 1983 is: MOSHIR, ALI. COULD GET OUT OF SEGREGATION AND A ★ RESPECTFULLY REQUESTING COURT TO APPOINT LAWYER ★ HE, WAS/HAS BEEN AWARE THAT THE INMATE CAN NOT, GET OUT OF SEGREGATION BEFORE HEARING(S)

The relief I am seeking for this claim is (briefly state the relief sought): BASED ON/ACCORDING, TO HIS/LT. CONLEY'S REPORT AND IT WOULD BE DAYS BEFORE THE HEARING OCCURS. HUNDRED MILLION DOLLARS

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ✓ (Yes) ✓ (No) If yes, what was the result? #①→ I WAS SUFFERING FROM MEDICAL CONDITIONS.
#②→ I AM INDIGENT, I DON'T HAVE ENVELOPE(S), THE GRIEVANCE OFFICE(R) DOES NOT TAKE MY GRIEVANCE(S) IN INDIGE ENVELOPE(S) OR CUSTOM MADE ENVELOPE(S) #③→ I APPEALED TO HIMSELF, REPEATEDLY, HE RAN ME AROUND
Did you appeal that decision? ___ Yes ___ No If yes, what was the result? AND THEN TOLD ME IN WRITING THAT I HAVE TO GO TO A HIGHER AUTHORITY, AS SUCH AND ETC.

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

A. **SECOND CLAIM:** On (date of the incident) _____,
defendant (give the **name and position held** of **each defendant** involved in this incident) _____

5

did the following to me (briefly state what each defendant named above did): _____

_____

The constitutional basis for this claim under 42 U.S.C. § 1983 is: ✡ **RESPECTFULLY I AM REQUESTING THE COURT TO APPOINT LAWYER DUE TO THE LACK OF ABILITY TO SELF REPRESENT** ✡

The relief I am seeking for this claim is (briefly state the relief sought): _____

### Exhaustion of Your Administrative Remedies for this Claim:

Did you grieve or appeal this claim? _____ Yes _____ No  If yes, what was the result? _____

Did you appeal that decision? _____ Yes _____ No  If yes, what was the result? _____

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: _____

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

### 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

_____

Do you want a jury trial? (Yes) ✓  No ____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on <u>FRI_MAY.26, 2017</u> (FRI_MAY.26, 2017)
      <u>MOSHIR, AL.</u>
           (date)

NOTE: *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

<u>          FRI_MAY.26.2017          </u>
<u>          MOSHIR, AL.              </u>
<u>                                   </u>
Signature(s) of Plaintiff(s)

7

Revised 05/01 WDNY
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ALI MOSHIR
(Name of Plaintiff or Petitioner)

MOTION TO PROCEED *IN FORMA PAUPERIS*
AND SUPPORTING AFFIRMATION
_____-CV-_____

1. MR. LT. /CAPTAIN CONLEY v.
2. USMS  3. WARDEN LAROSE  4. STATE OF OHIO  5. COUNTY OF SUFFOLK  6. FEDERAL GOVERNMENT
7. CCA/CORE CIVIC  8. NEOCC  9. CHIEF YEMMA  10. ANY AND ALL PARTY(S) THAT, MAY/WOULD, BE ADDED
(Name of Defendant(s) or Respondent(s))
AS DIRECTLY OR INDIRECTLY INVOLVED, CONTRIBUTING INTO, ETC.

I, **MOSHIR, ALI / ALI MOSHIR**, *(print or type your name)* am the plaintiff/petitioner in the above-entitled case and hereby request the Court's permission to proceed *in forma pauperis*.

In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of this action or to give security therefor and that I believe I am entitled to redress.

**I further declare that the responses which I have made in this affirmation below are true.**

1. Are you presently employed? Yes\_\_\_\_ (No) ✓
   My Employer's Name and Address is: _____
   _____
   My Gross Monthly Wages are: $_____
   If you are not presently employed, state
   Your Last Date of Employment: _____
   Your Gross Monthly Wages at that time: _____
   Is your spouse presently employed? Yes\_\_\_\_ No\_\_\_\_
   My Spouse's Employer's Name and Address is: _____
   _____
   My Spouse's Gross Monthly Wages are $_____

2. Have you received **any money** from any of the following sources within the past twelve months:
   a. Business, profession or self-employment? Yes\_\_\_\_ (No) ✓
      If yes, state **source** and **amount received** per month $_____
   b. Rent payments, interest or dividends? Yes\_\_\_\_ (No) ✓
      If yes, state **source** and **amount received** per month $_____
   c. Pensions, annuities, disability, or life insurance payments? Yes\_\_\_\_ (No) ✓
      If yes, state **source** and **amount received** per month $_____
   d. Gifts or inheritances? Yes\_\_\_\_ (No) ✓
      If yes, state **source** and **amount received** per month $_____
   e. Child Support? Yes\_\_\_\_ (No) ✓
      If yes, state **amount received** each month $_____
   f. Government Benefits (Social Security, SSI, Welfare, AFDC, Veterans, etc.)? Yes\_\_\_\_ (No) ✓
      If yes, state **source** and **amount received** per month $_____
   g. Friends, Relatives or any other source? Yes\_\_\_\_ (No) ✓
      If yes, state **source** and **amount received** per month $_____
   If you have **not** received any money from any of the above sources, please explain how you are currently paying your expenses:
   _____
   _____
   _____

3. What is your total gross monthly income today: $ 0.00

4. How much **cash** do you have on hand? $ 0.00

